## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**DWYANE C. LYMORE,**

     **Plaintiff,**

**v.**                                                                    **Case No: 5:20-cv-340-PRL**

**TIMOTHY COOKE and DENIS MCDONOUGH,**

     **Defendants.**

_____

### ORDER

On February 8, 2022, pursuant to prior notice, the undersigned conducted a preliminary pretrial conference in this case. In accordance with the agreement of the parties, and with her consent, this case is hereby referred to United States Magistrate Judge Leslie Hoffman Price to conduct a mediation conference on or before November 1, 2022. Plaintiff's motion (Doc. 49) to waive mediation cost is DENIED as moot since there is no cost to mediation before a magistrate judge.

**DONE AND ORDERED** in Ocala, Florida, on February 8, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge