UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DWYANE C LYMORE,

    Plaintiff,

v.                                                     Case No: 5:20-cv-340-PRL

TIMOTHY COOKE and DENIS
MCDONOUGH,

    Defendants.
_____

**ORDER**

In accordance with the agreement of the parties, and with her consent, this case was previously referred to United States Magistrate Judge Leslie Hoffman Price to conduct a mediation conference on or before November 1, 2022. (Doc. 53). The mediation conference was scheduled for July 21, 2022. (Doc. 56).

Defendants have now moved for an extension of time to conduct the mediation conference, reciting that they do not anticipate that discovery will be complete by the date of the mediation conference. Defendants further recite that discovery closes on January 27, 2023, and that they will be "hindered from effectively participating in mediation" without a meaningful opportunity to conduct discovery. Accordingly, Defendants request that the mediation deadline be moved to February 17, 2023, and that the mediation conference be rescheduled for that same month. Plaintiff does not oppose the relief sought by Defendants.

Accordingly, upon due consideration, Defendants' motion (Doc. 57) is GRANTED, and the mediation deadline shall be extended until February 17, 2023. The counsel for the

parties are directed to take all steps necessary to coordinate rescheduling the mediation conference currently scheduled before Judge Hoffman Price.

    **DONE** and **ORDERED** in Ocala, Florida on May 3, 2022.

                                                   PHILIP R. LAMMENS
                                                   United States Magistrate Judge

Copies furnished to:
Judge Hoffman Price
Counsel of Record
Unrepresented Parties