UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DWYANE C. LYMORE,**

    **Plaintiff,**

**v.**                                                   **Case No: 5:20-cv-340-PRL**

**DENIS MCDONOUGH,**

    **Defendants.**

### ORDER

The Court has been advised by the Notice of Resolution (Doc. 75) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot. The Clerk is directed to close the case.[1]

**DONE** and **ORDERED** in Ocala, Florida on March 3, 2023.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Pursuant to the Court's Order entered January 5, 2022, all claims against Defendant Timothy Cooke were dismissed because Mr. Cooke is an improper defendant. (Doc. 43).