UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DWYANE C. LYMORE,**

    **Plaintiff,**

**v.**                                                                                   **Case No: 5:20-cv-340-PRL**

**DENIS MCDONOUGH,**

    **Defendant.**

_____

## ORDER

This consent case is before the Court on the parties' Stipulation of Voluntary Dismissal with Prejudice. (Doc. 77). Pursuant to the stipulation and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Clerk is directed to enter judgment dismissing this case with prejudice, each party to bear its own attorney's fees and costs. The Clerk is further directed to terminate all pending motions and close the file.[1]

**DONE** and **ORDERED** in Ocala, Florida on March 14, 2023.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Clerk is also directed to enter a separate judgment in favor of Defendant Timothy Cooke and against Plaintiff. Pursuant to prior Order (Doc. 43), Timothy Cooke was dismissed from this case as an improper defendant.